**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DR. JERALD THOMPSON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **KUTZTOWN UNIVERSITY, et al** | : | **NO. 12-3559** |
| | : | |

**ORDER**

**AND NOW**, this 2nd day of January, 2013, it having been reported that the issues between the parties in this action have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** that this action is **DISMISSED** with prejudice, without costs.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.